JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RAMOS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIMBRIDGE EMPLOYEE SERVICE CORP.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:23−cv−04029−DSF−PD<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND STAY INDIVIDUAL CASE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of the Parties, the Court orders that the class action claims in the above-captioned matter are dismissed without prejudice, and the individual claims are stayed pending arbitration.  The clerk is ordered to administratively close the case.  The parties are ordered to file a joint status report no later than two weeks after completion of the arbitration.  If the arbitration is not completed by February 3, 2025, the parties must file a joint status report on that date.  At that time, the Court will consider whether to dismiss the case rather than to continue the stay.  Failure to file a required joint status report is likely to result in dismissal.

**IT IS SO ORDERED.**

Dated:  August 11, 2023

By  _____
Honorable Dale S. Fischer
United States District Judge